**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. FUNAI, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com
jfunai@lgclawofffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA MARTINEZ-MONTELLO, individually,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a foreign limited-liability company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.:   2:21-cv-02114-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

     Plaintiff, MONICA MARTINEZ-MONTELLO ("Plaintiff"), by and through her counsel of record, DAVID M. MOORE, ESQ., of ERIC BLANK INJURY ATTORNEYS and Defendant, TARGET CORPORATION, by and through its counsel of record, LOREN S. YOUNG, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, hereby stipulate and request that the Court extend the discovery cut-off deadline by approximately thirty (30) days for the limited purpose of completing the depositions of Plaintiff's treating physicians, Sep Bady, M.D. and Jonathan Sorelle, M.D.

     Pursuant to Local Rules 6-1 and 26-3, and for good cause as set forth below:

/ / /

**Discovery Completed to Date:**

1. All parties have made their initial and supplemental disclosures pursuant to FRCP 26.
2. Both parties have propounded and provided verified responses to Interrogatories and Request for Production of Documents.
3. Defendant has obtained Plaintiff's surgical records.
4. Designation of experts.
5. Exchange of expert reports.
6. Plaintiff's deposition.

**Discovery that Remains to be Completed:**

1. Deposition of Plaintiff's treating physicians, Sep Bady, M.D. and Jonathan Sorelle, M.D.

**Reasons that Discovery Has Not Yet Been Completed:**

This is a lawsuit involving an injury to Plaintiff's hand, wherein Plaintiff is seeking damages for personal injuries. Plaintiff alleges that she caught her finger between the top of the shopping cart and the point-of-sale counter at the Target checkout station. Defendant has denied liability. Plaintiff alleges carpal tunnel syndrome, ulnar neuropathy at cubital, and Guyon and left trigger finger. Plaintiff also claims she incurred significant medical expenses "as a result of the necessary treatment of her injuries" and that she "will continue to incur damages for future medical treatment necessitated by incident-related injuries she has suffered." The claimed medical expenses include payments for physicians, surgeons, and other health care professionals.

Plaintiff's deposition took place on September 14, 2022, which necessitated Defendant obtain additional medical records, including pre-incident records. Defendant then noticed the depositions of Plaintiff's treating providers, Sep Bady, M.D. and Jonathan Sorelle, M.D., and served deposition subpoenas on October 24, 2022. The depositions are currently scheduled to take place on November 2nd and 3rd, 2022. The thirty (30) day extension of the Discovery Cut-Off deadline will ensure sufficient time to complete the depositions, allowing for potential rescheduling or continuances.

///

///

**Proposed Schedule for Completing Discovery:**

WHEREFORE, the parties request that this Court extend the Discovery Cut-Off deadline for the limited purpose of taking the depositions of Sep Bady, M.D. and Jonathan Sorelle, M.D., as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Discovery Cut-Off** | **October 31, 2022** | **November 30, 2022** |
| Dispositive Motions | December 1, 2022 | December 1, 2022 |
| Joint Proposed Pre-trial Order | January 3, 2023 | January 3, 2023 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 25th day of October, 2022.                    DATED this 2nd day of November, 2022.

Approved and Agreed to by:                               Approved and Agreed to by:

**LINCOLN, GUSTAFSON & CERCOS**                          **ERIC BLANK INJURY ATTORNEYS**

/s/ Loren S. Young                                       /s/ David M. Moore
_____                          _____
**LOREN S. YOUNG, ESQ.**                                 **DAVID M. MOORE, ESQ.**
Nevada Bar No. 7567                                      Nevada Bar No. 8580
**JULIE A. FUNAI, ESQ.**                                 7860 W. Sahara Ave., Suite 110
Nevada Bar No. 8725                                      Las Vegas, Nevada 89117
7670 W. Lake Mead Blvd., Suite 200                       Attorneys for Plaintiff, MONICA
Las Vegas, Nevada 89128                                  MARTINEZ-MONTELLO
Attorneys for Defendant, TARGET
CORPORATION

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Date: 11-7-2022