AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Monica Martinez-Montello,

      Plaintiff,

v.

Target Corporation,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-02114-CDS-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant, Target Corporation, and against Plaintiff, Monica Martinez-Montello.

Case closed.

| | |
|---|---|
| 10/11/2023 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ R. Gador |
| | Deputy Clerk |